IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| RANDY DWAYNE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)   No. 2:10-cv-00078<br>)   Judge Nixon<br>)   Magistrate Judge Knowles<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Plaintiff Randy Dwayne Johnson's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed along with a Memorandum in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response (Doc. No. 18), to which Plaintiff did not file a Reply. Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 19), recommending that the Motion be denied (*id.* at 21). The Report was filed on September 17, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___30___ day of October, 2012.

                                                  JOHN T. NIXON, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT